```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 00608
   BILLY VESTER SPENCER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-4690

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/24/2006 and was confirmed 03/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                               PAID         PAID
-------------------------------------------------------------------------------
ECAST SETTLEMENT CORP    UNSEC W/INTER    2314.53          215.72      2314.53
CAC FINANCIAL GROUP      UNSEC W/INTER NOT FILED              .00         .00
CBUSA/FRDF               UNSEC W/INTER NOT FILED              .00         .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER    2921.08          238.39      2921.08
FIRST PREMIER BANK       UNSEC W/INTER NOT FILED              .00         .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    4363.19          406.66      4363.19
ECAST SETTLEMENT CORP    UNSEC W/INTER    7965.17          742.37      7965.17
HSBC                     NOTICE ONLY   NOT FILED              .00         .00
JC PENNEY                UNSEC W/INTER NOT FILED              .00         .00
METROPOLITAN CARDIAC SUR UNSEC W/INTER NOT FILED              .00         .00
NEBRASKA FURNITURE MART  SECURED NOT I    1146.45             .00         .00
MARTIN PRINGLE OLIVER    NOTICE ONLY   NOT FILED              .00         .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER    4374.71          357.09      4374.71
PREMIER BANCARD CHARTER  UNSEC W/INTER     427.50           35.26       427.50
PETER FRANCIS GERACI     DEBTOR ATTY     2,800.00                     2,800.00
TOM VAUGHN               TRUSTEE                                      1,755.05
DEBTOR REFUND            REFUND                                         537.08

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              29,453.80

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                   22,366.18
    INTEREST                                 1,995.49
ADMINISTRATIVE                               2,800.00
TRUSTEE COMPENSATION                         1,755.05
DEBTOR REFUND                                  537.08
                                       ---------------   ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00608 BILLY VESTER SPENCER
```

```
TOTALS                                    29,453.80              29,453.80
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```